Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32794–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Baisi
   1618 Ewart Road
   Forked River, NJ 08731

Social Security No.:
   xxx–xx–0310

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 7, 2019.

On August 19, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:    September 25, 2019
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 21, 2019
JAN: wdr

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32794-MBK
Frank Baisi                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin              Page 1 of 2              Date Rcvd: Aug 21, 2019
                           Form ID: 185             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
```
db              +Frank Baisi,    1618 Ewart Road,    Forked River, NJ 08731-3322
517876234      #+AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876237       +ACE Bail Bonds,    Attn: schacter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517876238      #+Allied Interstate,    7525 W. Campus Road,    New Albany, OH 43054-1121
517876239       American Anesthesiology of NJ,    PO Box 88087,    Chicago, IL 60680-1087
517876240       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517876244      +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
517876246      +CF Medical LLC,    Attn: Paramount Recovery Systems,    PO Box 23369,    Waco, TX 76702-3369
517876251     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Goodyear,     PO Box 9025,    Des Moines, IA 50368)
517962352       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517986529      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517876247      +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
517968643      +Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,    Johnston R.I. 02919-1922
517876249       Dept of Cardiothoracic Surgery,    PO Box 8000 Dept 549,    Buffalo, NY 14267-0002
517876252      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517876253      +I.C. Systems,    444 Highway 96,    Saint Paul, MN 55127-2557
517876254       Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
517876255      +KML Law Group,    21 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2734
517876257       Laboratory Corporation,    PO Box 2240,    Burlington, NC 27216-2240
517876258      +Martin J Greenberg,    124 E Mt Pleasant Avenue,    Livingston, NJ 07039-3064
517980688      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517876259       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517876260      +Recovery Management Solutions,    PO Box 182,    Buffalo, NY 14224-0182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517971838       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2019 00:01:59
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517876241      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2019 00:01:48     Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517944096       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2019 00:02:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517944097       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2019 00:01:21     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
517876248       E-mail/Text: ebn@rwjbh.org Aug 21 2019 23:56:35     Community Medical Center,    PO Box 29969,
                 New York, NY 10087-9969
517876250       E-mail/Text: bankruptcy@frost-arnett.com Aug 21 2019 23:54:00     Frost-Arnett,    PO Box 198988,
                 Nashville, TN 37219-8988
517876256       E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 23:55:24     Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
517985268       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2019 00:01:55
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517937463       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2019 23:55:59
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517876262       E-mail/Text: bkrpt@retrievalmasters.com Aug 21 2019 23:56:08     RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
517876264       E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 00:02:09     SYNCB,    PO Box 965060,
                 Orlando, FL 32896-5060
517876263       E-mail/Text: ebn@rwjbh.org Aug 21 2019 23:56:35     Saint Barnabas Medical Center,
                 Payment Processing Center,    PO Box 29960,    New York, NY 10087-9960
517877073      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 00:02:09     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
517876235*      +AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876236*      +AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876245*      +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
517876242*      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517876243*      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517876261*      +Recovery Management Solutions,    PO Box 182,    Buffalo, NY 14224-0182
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 21, 2019
                              Form ID: 185             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Frank   Baisi cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6