Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32794–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Baisi
   1618 Ewart Road
   Forked River, NJ 08731

Social Security No.:
   xxx–xx–0310

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 16, 2018 and a confirmation hearing on such Plan has been scheduled for September 25, 2019.

The debtor filed a Modified Plan on September 23, 2019 and a confirmation hearing on the Modified Plan is scheduled for Oct.r 23, 2019 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 24, 2019
JAN: pbf

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-32794-MBK
Frank Baisi                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2019
                                Form ID: 186             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
```
db            +Frank Baisi,   1618 Ewart Road,    Forked River, NJ 08731-3322
517876234    #+AA Bail Bonds Inc,   1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876237     +ACE Bail Bonds,   Attn: schacter Portnoy LLC,    3490 US Route 1,   Princeton, NJ 08540-5920
517876238    #+Allied Interstate,   7525 W. Campus Road,    New Albany, OH 43054-1121
517876239      American Anesthesiology of NJ,   PO Box 88087,    Chicago, IL 60680-1087
517876240      Barnabas Health Medical Group,   PO Box 826504,    Philadelphia, PA 19182-6504
517876244     +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
517876246     +CF Medical LLC,   Attn: Paramount Recovery Systems,    PO Box 23369,   Waco, TX 76702-3369
517876251    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Goodyear,    PO Box 9025,   Des Moines, IA 50368)
517962352      Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517986529     +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517876247     +Citizens Bank,   PO Box 42010,   Providence, RI 02940-2010
517968643     +Citizens Bank N.A.,   One Citizens Bank Way,    JCA115,   Johnston R.I. 02919-1922
517876249      Dept of Cardiothoracic Surgery,   PO Box 8000 Dept 549,    Buffalo, NY 14267-0002
517876252     +Home Depot Credit Services,   PO Box 790328,    Saint Louis, MO 63179-0328
517876253     +I.C. Systems,   444 Highway 96,   Saint Paul, MN 55127-2557
517876254      Imaging Consultants of Essex,   PO Box 3247,    Indianapolis, IN 46206-3247
517876255     +KML Law Group,   21 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2734
517876257      Laboratory Corporation,   PO Box 2240,   Burlington, NC 27216-2240
517876258     +Martin J Greenberg,   124 E Mt Pleasant Avenue,    Livingston, NJ 07039-3064
517980688     +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517876259      Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
517876260     +Recovery Management Solutions,   PO Box 182,    Buffalo, NY 14224-0182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 23:48:39     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 23:48:36     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517971838      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 23:57:01
                Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517876241     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 23:57:46     Capital One Bank,
                PO Box 71083,   Charlotte, NC 28272-1083
517944096      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 23:57:46
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517944097      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 23:56:53     Capital One, N.A.,
                PO Box 71083,   Charlotte, NC  28272-1083
517876248      E-mail/Text: ebn@rwjbh.org Sep 24 2019 23:49:01     Community Medical Center,   PO Box 29969,
                New York, NY 10087-9969
517876250      E-mail/Text: bankruptcy@frost-arnett.com Sep 24 2019 23:47:32     Frost-Arnett,   PO Box 198988,
                Nashville, TN 37219-8988
517876256      E-mail/Text: bncnotices@becket-lee.com Sep 24 2019 23:47:44     Kohls,   PO Box 2893,
                Milwaukee, WI 53201-2983
517985268      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2019 00:14:50
                Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
517937463      E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2019 23:48:28
                Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517876262      E-mail/Text: bkrpt@retrievalmasters.com Sep 24 2019 23:48:35     RMCB,   PO Box 1235,
                Elmsford, NY 10523-0935
517876264      E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 23:56:47     SYNCB,   PO Box 965060,
                Orlando, FL 32896-5060
517876263      E-mail/Text: ebn@rwjbh.org Sep 24 2019 23:49:01     Saint Barnabas Medical Center,
                Payment Processing Center,   PO Box 29960,   New York, NY 10087-9960
517877073     +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 23:57:39     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 15
```

       \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
517876235*    +AA Bail Bonds Inc,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
517876236*    +AA Bail Bonds Inc,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
517876245*    +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
517876242*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517876243*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517876261*    +Recovery Management Solutions,   PO Box 182,   Buffalo, NY 14224-0182
                                                                                      TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 24, 2019
                              Form ID: 186             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:
        Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert    Russo     docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        James J. Cerbone     on behalf of Debtor Frank   Baisi cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 6