Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32794–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frank Baisi
    1618 Ewart Road
    Forked River, NJ 08731

Social Security No.:
    xxx–xx–0310

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        11/19/19
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
fee: $1000.00

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 24, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 18-32794-MBK    Doc 39    Filed 10/26/19    Entered 10/27/19 00:40:21    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 18-32794-MBK
Frank Baisi   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Oct 24, 2019
    Form ID: 137    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.

```
db             +Frank Baisi,    1618 Ewart Road,    Forked River, NJ 08731-3322
517876237      +ACE Bail Bonds,    Attn: schacter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517876238     #+Allied Interstate,    7525 W. Campus Road,    New Albany, OH 43054-1121
517876239      American Anesthesiology of NJ,    PO Box 88087,    Chicago, IL 60680-1087
517876240      Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517876244     +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
517876246     +CF Medical LLC,    Attn: Paramount Recovery Systems,    PO Box 23369,    Waco, TX 76702-3369
517876251    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Goodyear,    PO Box 9025,    Des Moines, IA 50368)
517962352      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517986529     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517876247     +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
517968643     +Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,    Johnston R.I. 02919-1922
517876249      Dept of Cardiothoracic Surgery,    PO Box 8000 Dept 549,    Buffalo, NY 14267-0002
517876252     +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517876253     +I.C. Systems,    444 Highway 96,    Saint Paul, MN 55127-2557
517876254      Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
517876255     +KML Law Group,    21 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2734
517876257      Laboratory Corporation,    PO Box 2240,    Burlington, NC 27216-2240
517876258     +Martin J Greenberg,    124 E Mt Pleasant Avenue,    Livingston, NJ 07039-3064
517980688     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517876259      Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517876260     +Recovery Management Solutions,    PO Box 182,    Buffalo, NY 14224-0182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 00:52:43     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 00:52:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517971838      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2019 01:08:34
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517876241     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 00:56:30     Capital One Bank,
               PO Box 71083,    Charlotte, NC 28272-1083
517944096      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 00:57:08
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517944097      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 00:57:50     Capital One, N.A.,
               PO Box 71083,    Charlotte, NC  28272-1083
517876248      E-mail/Text: ebn@rwjbh.org Oct 25 2019 00:53:06     Community Medical Center,    PO Box 29969,
               New York, NY 10087-9969
517876250      E-mail/Text: bankruptcy@frost-arnett.com Oct 25 2019 00:51:21     Frost-Arnett,   PO Box 198988,
               Nashville, TN 37219-8988
517876256      E-mail/Text: bncnotices@becket-lee.com Oct 25 2019 00:52:00     Kohls,    PO Box 2893,
               Milwaukee, WI 53201-2983
517985268      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 01:21:42
               Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517937463      E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 00:52:32
               Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517876262      E-mail/Text: bkrpt@retrievalmasters.com Oct 25 2019 00:52:38     RMCB,    PO Box 1235,
               Elmsford, NY 10523-0935
517876264      E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 00:57:41     SYNCB,    PO Box 965060,
               Orlando, FL 32896-5060
517876263      E-mail/Text: ebn@rwjbh.org Oct 25 2019 00:53:06     Saint Barnabas Medical Center,
               Payment Processing Center,    PO Box 29960,    New York, NY 10087-9960
517877073     +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 00:57:01     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517876235*    +AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876236*    +AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
517876245*    +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
517876242*    +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517876243*    +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517876261*    +Recovery Management Solutions,    PO Box 182,    Buffalo, NY 14224-0182
517876234    ##+AA Bail Bonds Inc,    1916 Fairfax Avenue,    Cherry Hill, NJ 08003-2007
                                                                                     TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 24, 2019
                              Form ID: 137             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Frank   Baisi cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```