UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANK BAISI

Case No.:    18-32794

Chapter:    13

Judge:    MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Debtor's Attorney,_____, the applicant, is allowed a fee of $ _____1000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1000.00_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____156.00_____ per month for _____49_____ months to allow for payment of the above fee.

*rev.8/1/15*