Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–32794–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frank Baisi
    1618 Ewart Road
    Forked River, NJ 08731
Social Security No.:
    xxx–xx–0310
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 14, 2020
JAN: rms

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32794-MBK
Frank Baisi                                                               Chapter 13
             Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2020
                             Form ID: 148              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db          #+Frank Baisi,   1618 Ewart Road,   Forked River, NJ 08731-3322
517876237   +ACE Bail Bonds,   Attn: schacter Portnoy LLC,   3490 US Route 1,   Princeton, NJ 08540-5920
517876238   ##+Allied Interstate,   7525 W. Campus Road,   New Albany, OH 43054-1121
517876239    American Anesthesiology of NJ,   PO Box 88087,   Chicago, IL 60680-1087
517876240    Barnabas Health Medical Group,   PO Box 826504,   Philadelphia, PA 19182-6504
517876244   +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
517876246   +CF Medical LLC,   Attn: Paramount Recovery Systems,   PO Box 23369,   Waco, TX 76702-3369
517876247   +Citizens Bank,   PO Box 42010,   Providence, RI 02940-2010
517968643   +Citizens Bank N.A.,   One Citizens Bank Way,   JCA115,   Johnston R.I. 02919-1922
517876249    Dept of Cardiothoracic Surgery,   PO Box 8000 Dept 549,   Buffalo, NY 14267-0002
517876252   +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
517876254    Imaging Consultants of Essex,   PO Box 3247,   Indianapolis, IN 46206-3247
517876255   +KML Law Group,   21 Haddon Avenue, Ste 406,   Westmont, NJ 08108-2734
517876257    Laboratory Corporation,   PO Box 2240,   Burlington, NC 27216-2240
517876258   +Martin J Greenberg,   124 E Mt Pleasant Avenue,   Livingston, NJ 07039-3064
517980688   +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
517876259    Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
517876260   +Recovery Management Solutions,   PO Box 182,   Buffalo, NY 14224-0182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2020 01:17:38    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2020 01:17:35    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517971838    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 01:22:13
             Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
517876251    EDI: CITICORP.COM Feb 15 2020 05:33:00    Goodyear,   PO Box 9025,   Des Moines, IA 50368
517876241   +EDI: CAPITALONE.COM Feb 15 2020 05:33:00    Capital One Bank,   PO Box 71083,
             Charlotte, NC 28272-1083
517944096    EDI: CAPITALONE.COM Feb 15 2020 05:33:00    Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
517962352    EDI: BL-BECKET.COM Feb 15 2020 05:33:00    Capital One, N.A.,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
517944097    EDI: CAPITALONE.COM Feb 15 2020 05:33:00    Capital One, N.A.,   PO Box 71083,
             Charlotte, NC 28272-1083
517986529   +EDI: CITICORP.COM Feb 15 2020 05:33:00    Citibank, N.A.,   Citibank, N.A.,
             701 East 60th Street North,   Sioux Falls, SD 57104-0493
517876248    E-mail/Text: ebn@rwjbh.org Feb 15 2020 01:18:11    Community Medical Center,   PO Box 29969,
             New York, NY 10087-9969
517876250    E-mail/Text: bankruptcy@frost-arnett.com Feb 15 2020 01:15:00    Frost-Arnett,   PO Box 198988,
             Nashville, TN 37219-8988
517876253   +EDI: IIC9.COM Feb 15 2020 05:33:00    I.C. Systems,   444 Highway 96,
             Saint Paul, MN 55127-2557
517876256    E-mail/Text: bncnotices@becket-lee.com Feb 15 2020 01:16:52    Kohls,   PO Box 2893,
             Milwaukee, WI 53201-2983
517985268    EDI: PRA.COM Feb 15 2020 05:33:00    Portfolio Recovery Associates, LLC,
             c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
517937463    EDI: Q3G.COM Feb 15 2020 05:33:00    Quantum3 Group LLC as agent for,   CF Medical LLC,
             PO Box 788,   Kirkland, WA  98083-0788
517876262    EDI: RMCB.COM Feb 15 2020 05:33:00    RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
517876264    EDI: RMSC.COM Feb 15 2020 05:33:00    SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517876263    E-mail/Text: ebn@rwjbh.org Feb 15 2020 01:18:11    Saint Barnabas Medical Center,
             Payment Processing Center,   PO Box 29960,   New York, NY 10087-9960
517877073   +EDI: RMSC.COM Feb 15 2020 05:33:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 19


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517876235*  +AA Bail Bonds Inc,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
517876236*  +AA Bail Bonds Inc,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
517876245*  +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
517876242*  +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517876243*  +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517876261*  +Recovery Management Solutions,   PO Box 182,   Buffalo, NY 14224-0182
517876234   ##+AA Bail Bonds Inc,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
                                                                          TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Feb 14, 2020
                             Form ID: 148          Total Noticed: 37
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Frank   Baisi cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
                                                                    TOTAL: 6
```